

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-17-00739-CV

Edward R **MEZA**, Jr., Sylvia Meza and New Braunfels Home Health Inc.,
Appellants

v.

Gloria **BURNS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV00380
Honorable Karen Crouch, Judge Presiding

# O R D E R

By order dated May 31, 2018, appellant was ordered to show cause by June 15, 2018, why this appeal should not be dismissed for want of prosecution for failing to timely file the appellant's brief. Appellant filed a response stating the attorney erroneously calendared the deadline for filing the brief. Appellant filed his brief with his response. The appeal is RETAINED on the docket of the court.

Although appellant's brief contains an appendix, the appendix does not contain a copy of the trial court's judgment. *See* TEX. R. APP. P. 38.1(k). Although the Court is not ordering the appellant to rebrief at this time, appellant is instructed to file an appendix containing the trial court's judgment within ten days from the date of this order. This order does not affect the deadline for the filing of the appellee's brief which is due to be filed no later than July 16, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court